| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| **McCABE, WEISBERG & CONWAY, P.C.**<br>**By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Ditech Financial LLC |

**Order Filed on October 30, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| IN re:<br><br>Elizabeth T Corbo<br>    Debtor | Case No.: 12-27807-JKS<br>Chapter: 13<br>Hearing Date: September 14, 2017<br>at 11:00 a.m.<br>Judge: John K. Sherwood |
|---|---|

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

**AMENDED ORDER RESOLVING MOTION TO VACATE STAY
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: October 30, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Applicant:                             Ditech Financial LLC
Applicant's Counsel:                   Alexandra T. Garcia, Esq.
Property Involved ("Collateral")       16 Fernwood Court, Clifton, New Jersey 07011

Relief Sought:    ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of    automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for the month of September 1, 2017 in the amount of $2,099.52.

    ☒ The Debtor has $341.78 in suspense.

    ☒ The Debtor must pay attorney fees of $350.00 and costs of $181.00 directly since the Chapter 13 Plan has completed.

    Total Arrearages Due: $2,288.74

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Beginning on October 1, 2017, Debtor shall begin repaying the arrears of $2,288.74 over a period of 6 months. Debtor shall pay an additional monthly cure payment in the amount of $381.46 from October 1, 2017 through and including March 1, 2018.

    ☒ Beginning on October 1, 2017, regular monthly mortgage payment shall continue to be made in the amount of $2,099.52.

    ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The mortgagee's allowed secured claim shall be amended to include the capitalized post-petition payments listed in this Order to the Proof of Claim as filed. As a result of such capitalization, the Standing Chapter 13 Trustee shall adjust his/her records accordingly and make revised disbursements.

3.  Payments to the Secured Creditor shall be made to the following address(es):

    ☒   Immediate payment:         Ditech Financial LLC
                                   1400 Turbine Dr., Suite 200
                                   Rapid City, South Dakota 57709

    ☒   Regular monthly payment:   Same as above
    ☒   Monthly cure payment:      Same as above

4.  In the event of Default:

    ☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

    ☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect.  In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion.  Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6.  Award of Attorneys' Fees:

    ☒   The Applicant is awarded attorney fees of $181.00 and costs of 350.00 to be paid directly by Debtor as outlined in paragraph 1 and 2 of this Order.

.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, P.C.** <br> **By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)** <br> **216 Haddon Avenue, Suite 201** <br> **Westmont, NJ 08108** <br> **856-858-7080** <br> Attorneys for Movant: Ditech Financial LLC | |
| IN re: <br><br> Elizabeth T Corbo <br>　　　Debtor | Case No.: 12-27807-JKS <br> Chapter: 13 <br> Hearing Date: September 14, 2017 <br> at 11:00 a.m. <br> Judge: John K. Sherwood |

**CERTIFICATION OF SERVICE**

1. I, Tracy Gill:

   ❑ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Alexandra T. Garcia, Esq., who represents the Movant in the above captioned matter.

   ❑ am the _____ in the above case and am representing myself.

2. On October 20, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Amended Order Resolving Motion for Relief from the Automatic Stay
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated:　　October 20, 2017　　　　　　　　　　　　　　　　/s/ Tracy Gill
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Elizabeth T Corbo<br>16 Fernwood Court<br>Clifton, NJ 07011 | Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, New Jersey 07601 | Attorney for Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*

Case 12-27807-JKS    Doc 56    Filed 11/01/17    Entered 11/02/17 00:33:13    Desc Imaged
Certificate of Notice    Page 5 of 9

LAW OFFICES
## McCABE, WEISBERG & CONWAY, P.C.

| | | |
|---|---|---|
| SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>**FAX** (914) 636-8901<br><br>SUITE 1400<br>123 S. BROAD STREET<br>PHILADELPHIA, PA 19109<br>(215) 790-1010<br>FAX: (215) 790-1274 | SUITE 201<br>216 HADDON AVENUE<br>WESTMONT, NJ  08108<br>(856) 858-7080<br>**FAX** (856) 858-7020<br><br>Marisa Cohen, Esquire, NJ Managing Attorney<br>NJ ID 017032001 | SUITE 2S09<br>1 HUNTINGTON QUADRANGLE,<br>MELVILLE, NY 11747<br>(631) 812-4084<br>FAX (855) 845-2584<br><br>SUITE 102<br>1407 FOULK ROAD<br>FOULKSTONE PLAZA<br>WILMINGTON, DE 19803<br>(302) 409-3520<br>FAX 855-425-1980 |

September 13, 2017

Russell L. Low
Low & Low
505 Main St.
Suite 304
Hackensack, New Jersey 07601

Re:   Elizabeth T Corbo
      Chapter 13
      Case No. 12-27807-JKS
      Movant/ Our Client: Ditech Financial LLC

Dear Russell L. Low :

   Enclosed please find a copy of the Order Resolving Motion for Relief from the Automatic Stay, as well as supporting documents, which have been electronically filed with the court.

   If you have any questions, or need any additional information, feel free to contact our office.

Very truly yours,
McCABE, WEISBERG & CONWAY, P.C.


Tracy Gill
Paralegal

ATG/tg
Enclosures

LAW OFFICES
## McCABE, WEISBERG & CONWAY, P.C.

| | | |
|---|---|---|
| SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>**FAX** (914) 636-8901 | SUITE 201<br>216 HADDON AVENUE<br>WESTMONT, NJ  08108<br>(856) 858-7080<br>**FAX** (856) 858-7020 | SUITE 2S09<br>1 HUNTINGTON QUADRANGLE,<br>MELVILLE, NY 11747<br>(631) 812-4084<br>FAX (855) 845-2584 |
| SUITE 1400<br>123 S. BROAD STREET<br>PHILADELPHIA, PA 19109<br>(215) 790-1010<br>FAX: (215) 790-1274 | Marisa Cohen, Esquire, NJ Managing Attorney<br>NJ ID 017032001 | SUITE 102<br>1407 FOULK ROAD<br>FOULKSTONE PLAZA<br>WILMINGTON, DE 19803<br>(302) 409-3520<br>FAX 855-425-1980 |

September 13, 2017

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, New Jersey 07004

Re:    Elizabeth T Corbo
       Chapter 13
       Case No. 12-27807-JKS
       Movant/ Our Client: Ditech Financial LLC

Dear Marie-Ann Greenberg :

    Enclosed please find a copy of the Order Resolving Motion for Relief from the Automatic Stay, as well as supporting documents, which have been electronically filed with the court.

    If you have any questions, or need any additional information, feel free to contact our office.

Very truly yours,
McCABE, WEISBERG & CONWAY, P.C.


Tracy Gill
Paralegal

ATG/tg
Enclosures

LAW OFFICES
## McCABE, WEISBERG & CONWAY, P.C.

| SUITE 210 | SUITE 201 | SUITE 2S09 |
|---|---|---|
| 145 HUGUENOT STREET | 216 HADDON AVENUE | 1 HUNTINGTON QUADRANGLE, |
| NEW ROCHELLE, NY 10801 | WESTMONT, NJ 08108 | MELVILLE, NY 11747 |
| (914)-636-8900 | (856) 858-7080 | (631) 812-4084 |
| **FAX** (914) 636-8901 | **FAX** (856) 858-7020 | FAX (855) 845-2584 |
| SUITE 1400 | | SUITE 102 |
| 123 S. BROAD STREET | Marisa Cohen, Esquire, NJ Managing Attorney | 1407 FOULK ROAD |
| PHILADELPHIA, PA 19109 | NJ ID 017032001 | FOULKSTONE PLAZA |
| (215) 790-1010 | | WILMINGTON, DE 19803 |
| FAX: (215) 790-1274 | | (302) 409-3520 |
| | | FAX 855-425-1980 |

October 5, 2017

Elizabeth T Corbo
16 Fernwood Court
Clifton, NJ 07011

Re:   Elizabeth T Corbo
      Chapter 13
      Case No. 12-27807-JKS
      Movant/ Our Client: Ditech Financial LLC

Dear Debtor:

    Enclosed please find a copy of the Order Resolving Motion for Relief from the Automatic Stay, as well as supporting documents, which have been electronically filed with the court.

    If you have any questions, or need any additional information, please contact your attorney.  Please do not contact this office directly if you are represented by an attorney in this bankruptcy case.

Very truly yours,
McCABE, WEISBERG & CONWAY, P.C.


Tracy Gill
Legal Assistant to Alexandra T. Garcia, Esquire
ATG/tg
Enclosures

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth T Corbo  
    Debtor

Case No. 12-27807-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 30, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.  
db          +Elizabeth T Corbo,  16 Fernwood Court,  Clifton, NJ 07011-2902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:  
         Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com  
         Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL LLC NJECFMAIL@mwc-law.com  
         Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING, LLC. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Russell L. Low    on behalf of Debtor Elizabeth T Corbo rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                TOTAL: 8